While the notice of motion refers both to the Province of Ontario and the State of Michigan, counsel's affidavit in support of the motion seeks the issuance of letters rogatory for the depositions only in Ontario. Therefore, we reverse the order and grant the motion seeking the issuance of letters rogatory to conduct depositions upon written questions in the Province of Ontario, Canada. (Appeal from Order of Supreme Court, Erie County, LaMendola, J.—Discovery.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.

■ NICHOLAS S. GERMANOVICH, Plaintiff, v BETHLEHEM STEEL CORPORATION et al., Defendants. BETHLEHEM STEEL CORPORATION et al., Third-Party Plaintiffs-Respondents, v ARRIC CORPORATION, Third-Party Defendant-Appellant. (Appeal No. 1.) [705 NYS2d 910] —Judgment unanimously reversed on the law without costs and application dismissed. Memorandum: Supreme Court erred in granting the application of third-party plaintiffs for judgment against third-party defendant for attorneys' fees, costs and disbursements incurred in the defense of the primary action. Third-party plaintiffs brought their application after the primary action was settled and an unconditional stipulation of settlement signed by the parties was filed. Although a trial court has the power "to exercise supervisory control over all phases of pending actions and proceedings" (*Teitelbaum Holdings v Gold*, 48 NY2d 51, 54), it lacks jurisdiction to entertain a motion after the action has been "unequivocally terminated * * * [by the execution of] an express, unconditional stipulation of discontinuance" (*Teitelbaum Holdings v Gold, supra*, at 56; *see, Kurtz v Kurtz*, 135 AD2d 615; *Matter of Town of Johnstown v City of Gloversville*, 36 AD2d 143, 145, *lv dismissed* 29 NY2d 639). (Appeal from Judgment of Supreme Court, Erie County, Notaro, J.—Counsel Fees.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.

■ NICHOLAS S. GERMANOVICH, Plaintiff, v BETHLEHEM STEEL CORPORATION et al., Defendants. BETHLEHEM STEEL CORPORATION et al., Third-Party Plaintiffs-Respondents, v ARRIC CORPORATION, Third-Party Defendant-Appellant. (Appeal No. 2.) [705 NYS2d 910] —Appeal unanimously dismissed without costs (*see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.*, 147 AD2d 977). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Counsel Fees.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.

■ DEBRA L. HOLL, Appellant, v GERALDINE A. HOLL et al., Respondents. (Appeal No. 1.) [705 NYS2d 906] —Appeal unani-